# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-3008
Lower Tribunal No. 23F-03269

———————————————

I.C.,

Appellant,

v.

AGENCY FOR PERSONS WITH DISABILITIES,

Appellee.

———————————————

Appeal from the Department of Children and Families.

August 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


I.C., Kissimmee, pro se.

Carrie B. McNamara, Deputy General Counsel, and Diana Olsen, Agency Clerk, of the Agency for Persons with Disabilities, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED